POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Russell Handy, Center For Disability Access<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111<br>　TELEPHONE NO:  858-375-7385　　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>　ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
　STREET ADDRESS:
　MAILING ADDRESS:
　CITY AND ZIP CODE:
　BRANCH NAME:  Northern District of California

| PLAINTIFF / PETITIONER:  Langer | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT:  SG Fine Art Services, Inc., et. al | 2:21-cv-8263-MWF |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>6290533 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. [X] summons
   - b. [X] complaint
   - c. [ ] Alternative Dispute Resolution (ADR) package
   - d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   - e. [ ] cross-complaint
   - f. [X] other *(specify documents)*:　Notice Of Consent To Electronic Service; Civil Cover Sheet; Certificate of Interested Entities; Initial Case Management Scheduling Order for Cases Asserting Denial of Right of Access under America(5);Civil-Standing-Order; settlement-conference-standing-order; Standing_Order_All_Judges; Advisory Notice To Defendant [Per California Civil Code 55.54(A)(1)]; State Law Requires That You Get This Important Advisory Information For Building Owners And Tenants [Per California Civil Code 55.3(B)(1)(A)]; Defendant's Application Pursuant To Civil Code Section 55.54 Case Number: For Stay And Early Evaluation Conference; Notice Of Stay Of Proceedings And Early Evaluation Conference

3. a. Party served *(specify name of party as shown on documents served)*:
      SG Fine Art Services, Inc., a California Corporation, dba Sullivan Goss
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Agent for Service of Process NATHAN VONK

4. Address where the party was served:
   11 EAST ANAPAMU ST. SANTA BARBARA, CA 93101

5. I served the party *(check proper box)*
   - a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:　　　　　　(2) at *(time)*:
   - b. [X] by substituted service. On *(date)*:  11/19/2021　　at *(time)*:  12:38 PM　　I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
     JEREMY TESMER - EMPLOYEE ON DUTY
     - (1) [X] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
     - (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
     - (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  11/21/2021 from *(city)*:  San Diego　　　　　　　　or [ ] a declaration of mailing is attached.
     - (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF / PETITIONER:   Langer | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT:   SG Fine Art Services, Inc., et. al | 2:21-cv-8263-MWF |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date):*         (2)  from *(city):*

    (3) ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐  as an individual defendant.

  b. ☐  as the person sued under the fictitious name of *(specify):*

  c. ☐  as occupant.

  d. ☒  On behalf of *(specify):*   SG Fine Art Services, Inc., a California Corporation, dba Sullivan Goss

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| ☐ other: | |

7.  **Person who served papers**

  a.  Name:            COLIN HOAG

  b.  Address:         Rezac Meyer Attorney Service; P.O. Box 7299 Ventura, California 93006

  c.  Telephone number:   (805) 658-8454

  d.  **The fee** for service was:   $ 35

  e.  I am:

    (1) ☐  not a registered California process server.

    (2) ☐  exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒  a registered California process server:

      (i) ☐ owner ☐ employee ☒ independent contractor

      (ii)  Registration No:   736

      (iii)  County:   VENTURA

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

COLIN HOAG
_____

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

_____

(SIGNATURE)