UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **CV 21-8263-MWF(JDEx)**                                    Dated: **March 2, 2022**

Title:        Chris Langer v. SG Fine Art Services, Inc.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

    In light of the Notice of Settlement [21] filed February 17, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for April 18, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                                     Initials of Deputy Clerk __rs__
CIVIL - GEN